**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-CR-124-CHB
**8 U.S.C. § 1326(a) & (b)(1)**

**ORLANDO GONZALES-AVALOS**

* * * * *

**THE GRAND JURY CHARGES:**

On or about August 2, 2026, in Whitley County, in the Eastern District of Kentucky,

**ORLANDO GONZALES-AVALOS,**

an alien, was found in the United States after having been removed therefrom on or about February 13, 2024, at or near the Laredo, Texas, Port of Entry, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) & (b)(1).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**W. PEARCE NESBITT**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.